UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00673-MR

| | |
|---|---|
| MICHAEL GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| ) | |
| MECKLENBURG COUNTY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of this docket in this matter.

Plaintiff Michael Green ("Plaintiff") filed a *pro se* civil action on December 10, 2019 pursuant to 42 U.S.C. § 1983. [Doc. 1]. After granting Plaintiff in forma pauperis status, the Court conducted initial review of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2). The Court found that Plaintiff failed to state a claim upon which relief can be granted and allowed Plaintiff thirty (30) days from June 10, 2020 to amend his Complaint in accordance with the terms of the Court's Order. [Doc. 3]. The Court advised Plaintiff that if he failed to timely file an amended Complaint, this action would be dismissed without prejudice and without further notice to

Plaintiff. [Id.].

More than 30 days have passed, and Plaintiff has not filed an amended Complaint. The Court will, therefore, dismiss this action without prejudice.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint is dismissed [Doc. 1] without prejudice.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: September 2, 2020

Martin Reidinger
Chief United States District Judge

2

Case 3:19-cv-00673-MR   Document 13   Filed 09/02/20   Page 2 of 2