# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| MICHAEL GREEN, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:19-cv-00673-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MECKLENBURG COUNTY, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 2, 2020 Order.

September 2, 2020

Frank G. Johns, Clerk
United States District Court